# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 10, 2021

Bridget M. McCormack,
Chief Justice

153828(93)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

THEODORE PAUL WAFER,
      Defendant-Appellant.

_____/

SC: 153828
COA: 324018
Wayne CC: 14-000152-FC

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its supplemental brief is GRANTED. The supplemental brief submitted on March 5, 2021, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 10, 2021



Clerk